IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-100-D

| | |
|---|---|
| ANNIE M. LOWERY ) ) Plaintiff, ) ) v. ) ) AMERICAN NATIONAL INSURANCE ) COMPANY, a/k/a American National, ) ) Defendants. ) | **ORDER** |

Plaintiff Annie M. Lowery filed a notice voluntary dismissal without prejudice [D.E. 18], a motion to dismiss [D.E. 19], and a consent motion to dismiss [D.E. 20]. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(2).

SO ORDERED. This 30 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge