IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12 CV- 100-D

ANNIE N LOWERY , )
    Plaintiff, )
)
)
VS. )
) AMENDED
) ORDER
AMERICAN NATIONAL )
INSURANCE COMPANY, )
A/K/A AMERICN NATIONAL)
    Defendant )
*************************

Plaintiff Annie M Lowery filed a notice of voluntary dismissal with prejudice [D E 18], a motion to dismiss [DE19], and a consent motion to dismiss [D E 20]. Pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, Plaintiff's case is dismissed with prejudice. See Fed R Civ P 41 (a) (2).

So order this the __9__ day of October, 2013.

_____
James C Dever III
Chief United States District Judge